IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,           )
                                    )       CRIMINAL NO. 25-mJ-8257-Ge5
            Plaintiff,              )
                                    )       Title 21 United States Co Sections 841(a)(1);
                                    )        (b)(1)(B)(II)(ii); and 846
vs.                                 )
                                    )
EDGAR MISEAL GONZALEZ SEGOVIA, )
                                    )
            Defendant.              )
                                    )

**CRIMINAL COMPLAINT**

I, Jeffrey Ussery , the undersigned complainant being duly sworn state the following is true

and correct to the best of my knowledge and belief:

**COUNT 1**
**CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED**
**SUBSTANCES: COCAINE AND METHAMPHETAMINE**

Beginning in or about February 2025, and continuing until on or about June 6, 2025, in St. Clair

County, within the Southern District of Illinois, and elsewhere,

**EDGAR MISEAL GONZALEZ SEGOVIA,**

defendant herein, did conspire and agree together and with others, known and unknown to the

Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute

controlled substances, to wit: Cocaine and Methamphetamine, Schedule II Controlled Substances,

in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United

States Code, Section 846.

It is further alleged that the total amount of cocaine involved in the conspiracy, which was reasonably foreseeable to **EDGAR MISEAL GONZALEZ SEGOVIA,** was 500 grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii)(II).

## AFFIDAVIT

1.      I, Jeffrey Ussery, am a Special Agent with the Drug Enforcement Administration (DEA) currently assigned to the Fairview Heights Resident Office. I have been a Special Agent with the DEA since April of 2022. From March of 2018 through April of 2022, I was a Police Officer with the National Geospatial Intelligence Agency (NGA). While at NGA I performed in divisions to include, but not limited to, Police Officer, Operations Corporal and Supervisory Detective Sergeant. From July of 2009 through March of 2018, I was a Deputy Sheriff employed by the Jefferson County Sheriff's Office in Missouri. While with the Jefferson County Sheriff's Office, I performed in divisions to include, but not limited to, Patrol Deputy, CIT Officer, Field Training Officer, Narcotics Detective, Investigations Bureau Detective, and Major Case Squad Detective. I have attended three police training academies to include a nine-month training academy at the Jefferson College Law Enforcement Academy (JCLEA) in Hillsboro, Missouri, in 2008, a three month in-resident Uniformed Police Training Program (UPTP) at the Federal Law Enforcement Training Centers (FLETC) in Glynco, Georgia in 2018, as well as a four month in-resident DEA Basic Agents Training Program in Quantico, Virginia in 2022.

2.      I have participated in drug investigations as either the lead case agent or as a supporting investigative agent – including investigations involving controlled purchase operations, vehicle tracking, cell phone geo-location techniques, cell-site simulators, pen register/trap and

trace orders, and Title III wiretaps. I have interviewed and operated informants, interviewed witnesses, executed search warrants, arrested and interviewed subjects involved in the smuggling and distribution of narcotics and narcotics proceeds, conducted physical surveillance, utilized electronic and video surveillance, and engaged in undercover communications. I have also worked with and consulted numerous agents and law enforcement officers who have investigated drug trafficking offenses. As a result, I and agents assisting in this investigation are familiar with matters including, but not limited to, the means and methods used by persons and drug trafficking organizations ("DTOs") to purchase, transport, store, and distribute drugs and to hide profits generated from those transactions. I also have experience in analyzing and interpreting drug codes and cryptic dialogue used by drug traffickers.

3.     The statements contained in this affidavit are based on the investigation of your Affiant, as well as information rived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

4.     The United States, including the DEA, is conducting a criminal investigation for conspiracy to distribute suspected cocaine in the Southern District of Illinois, as well as other districts across the United States. The investigation concerns possible violations of, *inter alia*, Title 21, United States Code, Sections 841 and 846.

5.     On February 10, 2025, agents with the Fairview Heights Resident Office became aware of a suspicious parcel being delivered by the United Stated Postal Service (UPSP) to the Southern District of Illinois. The parcel was mailed from San Benito, Texas (78586), a known drug source state, addressed to a residence in Swansea, Illinois, in the Southern District of Illinois. The parcel was mailed on January 28, 2025, with an expected delivery date of February 10, 2025. The

3

Subject Package indicated it weighed nine (9) pounds six (6) ounces. Postal business records further indicated the postage for the parcel was paid for in cash.

6.      Agents responded to the USPS facility in Belleville, IL, to observe and determined that the size and weight of the Subject Package, coupled with other indicators (cash payment, mailing from a known source illicit drug city/state, fictious or incongruent displayed recipient information and sender information, and heavily taped) are indicative of other packages which have been found in the past to contain illegal contraband. At this time the parcel was seized by TFA Ware and SA Ussery and transported to the Fairview Heights Resident Office for an open-air canine sniff. TFO Rapien had Canine "Draco" conduct an open-air sniff of the parcel. TFO Rapien advised Canine "Draco" alerted to the parcel, indicating the presence of an odor of an illicit drug. Canine "Draco" is trained to detect the odors of the following narcotics: methamphetamines, heroin, fentanyl, cocaine, crack, MDMA and black tar heroin.

7.      On February 11, 2025, at 12:39 p.m., a search warrant was authorized by the Honorable Judge Sison in the Southern District of Illinois. Shortly thereafter, the search warrant was executed by SA Ussery and TFO Kurt Schmulbach. Within the parcel, SA Ussery discovered a black in color "billboard" brand speaker, which was packaged in what appeared to be the items factory packaging fabricated inside out. Further inspection of dismantling the speaker revealed the interior of the speaker to contain carboard, and a black in color cloth, known to not be factory to typical speakers. Further inspection revealed a black in color tape wrapped brick shaped item. The black in color taped brick revealed to be a compressed brick of white powdery substance, which yielded a positive indicator for the presence of cocaine by a tru-narc field test. To further their investigation, Agents sent payment for these drugs to other known, but currently unnamed members of the conspiracy. Agents paid $16,000 in four $4000 payments as directed by another member of the conspiracy.

4

8.    Various investigative techniques led law enforcement to GONZALEZ-SEGOVIA. Agents observed GONZALEZ-SEGOVIA mailing packages that were later intercepted and searched. The contents were determined to be controlled substances. With this information, on June 5, 2025, the Honorable Cameron County Texas Judge Adela Kowalski-Garza signed a search warrant for the residence on Colorado Street, Harlingen, Texas, 78552.

9.    The search was executed on June 6, 2025. Individuals located within the residence at the time of execution included Edgar Misael GONZALEZ-SEGOVIA. DEA Special Agent (SA) Jeffrey Ussery and USPIS Inspector Task Force Agent (TFA) William Ware escorted GONZALEZ-SEGOVIA to a vehicle on scene in order to conduct a formal interview.

10.    GONZALEZ-SEGOVIA waived his Miranda Rights and disclosed his conduct to SA Ussery. GONZALEZ-SEGOVIA stated that the drugs within the residence were going to be located within a safe in his bedroom area of the residence. GONZALEZ-SEGOVIA further provided investigators the code to open the safe. Within the safe, investigators located (6) Clear Tupperware with blue lid wrapped in Black tape that contained a plastic bag containing a gray/white powdery substance. DEA lab found 2669.6 grams of 99% pure methamphetamine.

11.    GONZALEZ-SEGOVIA admitted he agreed to receive drugs from another person. GONZALEZ-SEGOVIA admitted placing drugs into speakers and mailing them to recipients across the country. GONZALEZ-SEGOVIA stated that he placed the drugs into the speakers to prevent their detection. Agents noted that the drugs seized on February 10, 2025, were seized from the interior of speakers. **GONZALEZ-SEGOVIA** admitted he had an agreement with others to distribute the drugs. Others received payment for the drugs. GONZALEZ-SEGOVA admitted he knew about payment for the February drug shipment, but that was another's job.

5

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_SA Jeffrey Ussery_

Jeffrey Ussery
Special Agent, DEA

_Jennifer Hudson_

Jennifer Hudson
Assistant United States Attorney

6

State of Illinois    )
          ) SS.
County of St. Clair   )

Sworn to and subscribed on the 15th day of October, 2025.

The Honorable Gilbert C. Sison
United States Magistrate Judge